IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

RAJA THOMAS,

        Defendant.

: Case No.  3:13cr003

: JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE WITH REQUEST TO THE PROBATION OFFICER FOR A STATUS REPORT IN THREE MONTHS' TIME; DEFENDANT ORALLY EXPLAINED HIS RIGHT OF APPEAL AND HE ORALLY INDICATED AN UNDERSTANDING OF SAME; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On April 19, 2021, the Defendant, have been previously found in violation of his Supervised Release, a status that began April 6, 2018, appeared by video conference, having waived a personal appearance, for final disposition.

Pursuant to the record made on the aforesaid April 19, 2021, the Court, although finding Defendant in violation of his Supervised Release, declined to revoke same; rather, the Court will continue Defendant on Supervised Release, subject to his discharge of all previously undischarged conditions of Supervision. The Court requests a status report from his Probation Officer in three months' time.

Following the above, the Defendant was orally explained his right of appeal and he orally indicated an understanding of same.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 18, 2021

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Daniel Flanagan, USPO